# ZMO LAW PLLC

December 8, 2023

*Via ECF*

Hon. John G. Koeltl
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

12/12/23    John G. Koeltl, U.S.D.J.

RE: *United States v. Saheed Dupree et al.*, 23 Cr. 583 (JGK)

Dear Judge Koeltl:

This office represents Saheed Dupree in the above-captioned matter. We write to request a temporary modification to Mr. Dupree's conditions of release to permit him to travel to the District of North Carolina for a state court appearance. Mr. Dupree is required to appear in Duplin County Superior Court on Thursday, December 14th at 9:00AM EST. Although his appearance has been waived at previous court appearances in Duplin County, the court has ordered his appearance on Thursday. Pretrial Services does not object to this request if the travel is solely based on Mr. Dupree's need to appear in court and if Mr. Dupree provides proof of his appearance after he returns. The government defers to Pretrial Services.

Mr. Dupree would travel from the Southern District of New York via commercial bus on December 13th at 8:00PM and would arrive in Duplin County at approximately 6:00AM on December 14th. Mr. Dupree would then check into a hotel, at a location known to Pretrial Services, and would then prepare for his court appearance at 9:00AM. After his appearance, Mr. Dupree would leave the District of North Carolina via commercial bus at 8:15PM on December 14th and would arrive in the Southern District of New York at 7:00AM on December 15th.

Mr. Dupree will provide Pretrial Services and the government with specific details of his travel and will obtain proof of his appearance after he returns from Duplin County Superior Court.

ZMO LAW PLLC

Thank you for your attention to this case.

                                                          Very truly yours,

                                                          *Victoria Medley*

                                                          Victoria Medley
                                                         Managing Attorney

CC: AUSA Chelsea L. Scism (via ECF)
      PTO Francesca Piperato (via email)

12/8/23
Page 2