# ZMO Law PLLC

December 15, 2023

*Via ECF and email*

Hon. John G. Koeltl
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

```
SO ORDERED.
Dated:    New York, New York
          December 15, 2023      /s/ John G. Koeltl
                                      John G. Koeltl
                                 United States District Judge
```

RE: *United States v. Saheed Dupree et al.*, 23 Cr. 583 (JGK)

Dear Judge Koeltl:

This office represents Saheed Dupree in the above-captioned matter. I write to request an extension of the temporary modification to Mr. Dupree's release conditions to permit him to return from North Carolina tomorrow, December 16.

Due to unforeseen circumstances, Mr. Dupree was unable to return to the District of New York as originally scheduled. He has diligently worked with Pretrial Services and will now be boarding a bus this evening at 8:15 PM and will arrive in the Southern District of New York at 7:00 AM on December 16.

I have spoken to AUSA Chelsea Scism regarding this request. She has communicated that the government defers to Pretrial Services. Pretrial Services is aware of Mr. Dupree's schedule change and does not object to this extension of the temporary modification.

Thank you for your attention to this case.

Very truly yours,

*Victoria Medley*

Victoria Medley

CC: Chelsea L. Scism (via ECF)
    Francesca Piperato (via email)

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • vm@zmolaw.com
www.zmolaw.com