# ZMO LAW PLLC

January 12, 2024

*Via ECF*

Hon. John G. Koeltl
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

    RE: *United States v. Saheed Dupree et al.*, 23 Cr. 583 (JGK)

Dear Judge Koeltl:

    This office represents Saheed Dupree in the above-captioned matter. I write to request a modification of Mr. Dupree's conditions of release so that his curfew can be set at the discretion of Pretrial Services. This modification will allow Pretrial Services to temporarily modify Mr. Dupree's curfew, so that he may attend employment opportunities and family events that fall outside of his current curfew restrictions. The Government and Pretrial Services have no objection to this request.

    Thank you for your attention to this case.

Very truly yours,

*Victoria Medley*

Victoria Medley

CC: AUSA Chelsea L. Scism (via ECF)
    PTSO Francesca Piperato (via email)

**APPLICATION GRANTED
SO ORDERED**

1/12/24

John G. Koeltl, U.S.D.J.