# ZMO LAW PLLC

September 9, 2024

*Via ECF*

Hon. John G. Koeltl
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
9/10/24

RE: *United States v. Saheed Dupree et al.*, 23 Cr. 583 (JGK)

Dear Judge Koeltl:

This office represents the defendant Saheed Dupree in the above-captioned case. Mr. Dupree pleaded guilty and was sentenced on May 8, 2024 to 16 months' imprisonment. Mr. Dupree is due to surrender on September 13, 2024 to FCI Fort Dix and to return his electronic monitor on September 10, 2024. I write to request a modification to Mr. Dupree's surrender date to September 18, 2024, so that he may attend the funeral of his great-grandmother. Pretrial Services does not object to this request, and the Government takes no position except to note that the removal of Mr. Dupree's electronic monitor should be delayed as well.

Over the weekend, Mr. Dupree's great-grandmother unexpectedly passed away. Mr. Dupree was very close to her and would like to be able to attend her funeral and to celebrate her life with his family. The funeral services are scheduled for this weekend. We request a short delay in Mr. Dupree's surrender date so that he may attend the funeral with his family members and timely return his electronic monitor to Pretrial Services.

ZMO LAW PLLC

Therefore, we request that Mr. Dupree's surrender date be delayed to September 18, 2024 and that his electronic monitor be returned to Pretrial Services on September 16, 2024.

Thank you for your attention to this case.

> Very truly yours,
>
> *Victoria Nicole Medley*
>
> Victoria Nicole Medley

CC:  Chelsea Scism, Esq. (via ECF)
     U.S. Pretrial Services Officer Francesca Piperato (via email)

9/9/24
Page 2